# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160776

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSHUA TODD STANTON,
      Defendant-Appellant.

SC: 160776
COA: 350915
Ottawa CC: 18-042101-FC

_____/

By order of July 28, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the November 13, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the sentence of the Ottawa Circuit Court, and we REMAND this case to that court for resentencing. The prosecuting attorney has conceded that the trial court erred in scoring Offense Variable (OV) 4, MCL 777.34. Because correcting the OV score would change the applicable guidelines range, resentencing is required. *People v Francisco*, 474 Mich 82 (2006). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk

b0921